**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Regina M. Rodriguez**

Civil Action No. 21-cv-02851-RMR-NRN

VICTOR MANUEL TREVIZO GONZALEZ,

    Plaintiff,

v.

KODY BRUNNEMER, in his individual and official capacity;
KEVIN DOUGLAS, in his individual ad official capacity;
CITY OF GREELEY, COLORADO, a municipality,

    Defendants.

---

## AMENDED FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Orders of Judge Regina M. Rodriguez entered May 16, 2023 [ECF No. 68], April 11, 2024 [ECF No. 90], and April 24, 2024 [ECF No. 95] it is

ORDERED that judgment is entered in favor of the Defendants, Kevin Douglas, and City of Greeley, Colorado and against the Plaintiff, Victor Manuel Trevizo Gonzalez. It is

FURTHER ORDERED that judgment is entered in favor of the Defendant, Kody Brunnemer and against the Plaintiff, Victor Manuel Trevizo Gonzalez as to Plaintiff's second claim for Relief. It is

FURTHER ORDERED that judgment is entered in favor of the Plaintiff, Victor Manuel Trevizo Gonzalez and against the Defendant, Kody Brunnemer as to Plaintiff's first claim for relief for nominal damages of $1.00 (One Dollar).

Dated at Denver, Colorado this 23rd day of April, 2024.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ K. Myhaver
    K. Myhaver, Deputy Clerk